UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
CHEVRON CORPORATION,

          Plaintiff,

    v.                                                    11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

          Defendants.
------------------------------------------X

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this Court on July 19, 2019.

I also certify that, as appears from this Court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this Court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

I also certify that this Clerk's Certification of a Judgment is being issued as per the attached Court's Order dated July 5, 2019.

Date: August 20, 2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

103445393.1

Case 1:11-cv-00691-LAK-RWL   Document 2271   Filed 07/19/19   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHEVRON CORPORATION,
                Plaintiff,

11 CIVIL 691 (LAK)

-against-

**SUPPLEMENTAL JUDGMENT**

STEVEN DONZIGER, et al.,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated July 16, 2019, Chevron's motion [DI 2243] is granted in all respects; Chevron is awarded the sum of $3,433,384.30, against Donzinger and Donzinger Associates, PLLC, jointly and severally, as reasonable attorneys' fees incurred.

Dated: New York, New York
           July 19, 2019

                                                    RUBY J. KRAJICK
                                                      Clerk of Court
                              BY:
                                                        Deputy Clerk

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON 7/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
CHEVRON CORPORATION,                     :
                                         :
             Plaintiff,                  :
                                         :
      v.                                 :   11 Civ. 0691 (LAK)
                                         :
STEVEN DONZIGER, et al.,                 :
                                         :
             Defendants.                 :
                                         :
---------------------------------------- x

## [PROPOSED] ORDER PERMITTING CHEVRON TO REGISTER MONEY JUDGMENTS PURSUANT TO 28 U.S.C. § 1963

WHEREAS, On February 28, 2018, this Court entered a Supplemental Judgment as to the Steven Donziger, the Law Offices of Steven R. Donziger (collectively, "Donziger") which established a costs award of $813,602.71 in favor of Chevron Corporation ("Chevron"), Dkt 1962 ("Supplemental Judgment"),

WHEREAS, Donziger has not posted a supersedeas bond and the Court has not granted a stay of enforcement of the Supplemental Judgment on any other basis,

WHEREAS, On May 23, 2019, this Court issued a memorandum opinion finding, *inter alia,* that "Donziger is in willful contempt of paragraph 1 of the RICO Judgment by virtue of his profiting in the amount of $666,476.34 from the sale of interests in the Ecuador Judgment and his failure to assign and transfer to Chevron that profit," Dkt. 2209 at 72-73,

WHEREAS, on May 24, 2019, the Clerk entered another Supplemental Judgment in the amount of $666,476.34 in favor of Chevron against Donziger (the "Contempt Judgment"),

WHEREAS, the Contempt Judgment ~~is presently~~ *was* stayed until June 22, 2019 pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, ~~and~~

WHEREAS, Chevron has demonstrated good cause pursuant to 28 U.S.C. § 1963 to permit registration of the Supplemental Judgment and, once the stay imposed by Rule 62(a) has expired, the Contempt Judgment, in any judicial district in the United States, it is hereby:

ORDERED that Chevron is permitted to register any judgment issued in this action that is not at the time subject to a stay in any judicial district in the United States. *The Clerk shall terminate DI 2240.*

IT IS SO ORDERED.

Dated: New York, New York
July 5, 2019

_____
United States District Judge

*WHEREAS, Donziger filed no opposition to Chevron's motion for this relief; and*

2

AO 451 (Rev. 01//09) Clerk's Certification of Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
CHEVERON CORPORATION,
                        Plaintiff,        Civil Action No. 11 CIVIL 0691 (LAK)
       -against-

STEVEN DONZIGER, et al.,
                        Defendants.
-----------------------------------------------------------------X

## CLERK'S CERTIFICATION OF A JUDGMENT
## TO BE REGISTERED IN ANOTHER DISTRICT

      I certify that the attached Supplemental Judgments are copies of judgments entered by this court on February 28, 2018 and May 24, 2019.

      I also certify that, as appears from this court's records, an appeal has been filed on March 28, 2018, from the Supplemental Judgment entered on February 28, 2018, and is still pending before the U.S. Court of Appeals for the Second Circuit.

      I also certify that, as appears from this court's records, an appeal has been filed on May 27, 2019, from the Supplemental Judgment entered on May 24, 2019, and is still pending before the U.S. Court of Appeals for the Second Circuit.

      I certify that this Clerk's Certification of a Judgment is being issued as per the attached Court's Order dated July 5, 2019.

      July 11, 2019
**Dated**: New York, New York

                                                    RUBY J. KRAJICK
                                                    Clerk of Court
                                      BY: _____
                                                        Deputy Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

                    Plaintiff,

          -against-                                         11 Civ. 0691 (LAK)

STEVEN DONZIGER, et al.,

                    Defendants.
------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2018

## SUPPLEMENTAL JUDGMENT AS TO DONZIGER DEFENDANTS AND DEFENDANTS CAMACHO AND PIAGUAJE

LEWIS A. KAPLAN, *District Judge.*

This action was brought against defendants Steven Donziger, The Law Offices of Steven R. Donziger, Donziger Associates, PLLC (these three defendants referred to collectively as the "Donziger Defendants"), Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje (these two defendants referred to collectively as the "LAP Representatives"), Stratus Consulting, Inc., Douglas Beltman, Anne Maest (these three defendants being referred to collectively as the "Stratus Defendants"), and others. The case has been tried and the Court has rendered its findings of fact and conclusions of law with respect to all claims against the Donziger Defendants and the LAP Representatives. Judgment, which among other things awarded costs in favor of plaintiff and against the Donziger Defendants and the LAP Representatives, was entered against them on March 4, 2014 (the "Judgment"). DI 1875. The Judgment was affirmed in all respects and certiorari was denied. Subsequently, the Clerk taxed costs against the Donziger Defendants and the LAP Representatives. Steven Donziger thereafter moved for review of the Clerk's taxation of costs. The Court construed

2

that motion as having been made on behalf of all of the Donziger Defendants. It today granted that motion in part and denied it in part in a memorandum opinion.

Accordingly, the Judgment is supplemented in that it is hereby further

ORDERED, ADJUDGED, AND DECREED, that plaintiff shall recover of the Donziger Defendants and the LAP Representatives, jointly and severally, the sum of $813,602.71.

Dated: February 28, 2018

_____
Lewis A. Kaplan
United States District Judge

CERTIFIED AS A TRUE COPY ON

THIS DATE 7|11|19

BY _KMangO_
( ) Clerk
(✓) Deputy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CHEVRON CORPORATION,

              Plaintiff,

    -against-

STEVEN DONZIGER, et al.,

              Defendants.
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2019
```

11 CIVIL 691 (LAK)

**SUPPLEMENTAL JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated May 23, 2019, Supplemental Judgment is hereby entered awarding $666,476.34 to Chevron against Steven Donzinger and Donzinger Associates, PLLC, jointly and severally.

Dated: New York, New York
       May 24, 2019

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

CERTIFIED AS A TRUE COPY ON
THIS DATE   7/11/19

BY _____
( ) Clerk
(✓) Deputy

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/24/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CHEVRON CORPORATION,                  :
                                      :
            Plaintiff,                :
                                      :
      v.                              :   11 Civ. 0691 (LAK)
                                      :
STEVEN DONZIGER, et al.,              :
                                      :
            Defendants.               :
                                      :
------------------------------------- x

## [PROPOSED] ORDER PERMITTING CHEVRON TO REGISTER MONEY JUDGMENTS PURSUANT TO 28 U.S.C. § 1963

WHEREAS, On February 28, 2018, this Court entered a Supplemental Judgment as to the Steven Donziger, the Law Offices of Steven R. Donziger (collectively, "Donziger") which established a costs award of $813,602.71 in favor of Chevron Corporation ("Chevron"), Dkt 1962 ("Supplemental Judgment"),

WHEREAS, Donziger has not posted a supersedeas bond and the Court has not granted a stay of enforcement of the Supplemental Judgment on any other basis,

WHEREAS, On May 23, 2019, this Court issued a memorandum opinion finding, *inter alia*, that "Donziger is in willful contempt of paragraph 1 of the RICO Judgment by virtue of his profiting in the amount of $666,476.34 from the sale of interests in the Ecuador Judgment and his failure to assign and transfer to Chevron that profit," Dkt. 2209 at 72-73,

WHEREAS, on May 24, 2019, the Clerk entered another Supplemental Judgment in the amount of $666,476.34 in favor of Chevron against Donziger (the "Contempt Judgment"),

WHEREAS, the Contempt Judgment ~~is presently~~ was stayed until June 22, 2019 pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, ~~and~~

WHEREAS, Chevron has demonstrated good cause pursuant to 28 U.S.C. § 1963 to permit registration of the Supplemental Judgment and, once the stay imposed by Rule 62(a) has expired, the Contempt Judgment, in any judicial district in the United States, it is hereby:

ORDERED that Chevron is permitted to register any judgment issued in this action that is not at the time subject to a stay in any judicial district in the United States. The Clerk shall terminate DI 2240.

IT IS SO ORDERED.

Dated: New York, New York
July 5, 2019

_____
United States District Judge

WHEREAS, Donziger filed no opposition to Chevron's motion for this relief; and

2